**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

JOY L. SWIDWA and
BRIAN F. ZALEWSKI,
On Behalf of Themselves
and All Others Similarly Situated,

                                                     Hon. Janet T. Neff
      Plaintiffs,                        Case No. 1:17-cv-00686

                                v.

CAVALRY SPV I, LLC,
CAVALRY PORTFOLIO SERVICES, LLC
and WEBER & OLCESE, P.L.C.

      Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through counsel, and state the following:

THEREFORE, the parties hereby agree through their counsel of record pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) to dismiss the above-captioned matter with prejudice, with no costs to be assessed to either party.

The dismissal completely terminates the above-entitled action against the Defendants.


RESPECTFULLY AND JOINTLY SUBMITTED,

Date:  October 2, 2017

| | |
|---|---|
| /s/ Nicholas A. Reyna | /s/  Brian P. Parker |
| Nicholas A. Reyna (P68328) | Brian P. Parker (P48617) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 528 Bridge St., Ste. 1A | 2000 Town Ctr., Ste. 1900 |
| Grand Rapids, MI 49504 | Southfield, MI 48075 |
| (616) 235-4444 | (248) 342-9583 |
| Nickreyna7@hotmail.com | brianparker@collectionstopper.com |

/s/ Anna-Katrina S. Christakis
Pilgrim Christakis LLP
Attorney for Defendants
321 N. Clark St., 26th Fl.
Chicago, IL 60654
(312) 939-0953
kchristakis@pilgrimchristakis.com